FILED APR17'26PM3:05
MDGA-MAC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| | : | |
| v. | : | CRIMINAL NO. 5:26-CR-_____ |
| | : | |
| BRIANNA STUBBINS | : | VIOLATIONS: |
| | : | 18 U.S.C. 641 |
| | : | |
| _____ | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
#### (Theft of Government Money or Property)

From on or about December 20, 2021, through on or about December 15, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRIANNA STUBBINS**

willfully and knowingly did embezzle and convert to her own use money orders, property of the United States of a value exceeding $1,000, to wit: approximately 55 money orders belonging to the United States Postal Service for the Middle District of Georgia, which said property had come into the possession and under the care of **BRIANNA STUBBINS** by virtue of her employment as a sales and service/distribution associate with the United States Postal Service, in violation of Title 18, United States Code, Section 641.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: _____
TYLER MORRIS
ASSISTANT UNITED STATES ATTORNEY

1